UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NASRIN AKHTAR SHEIKH, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**REPUBLIC OF THE SUDAN, et al.,**<br><br>**Defendants.** | Civil Action No. 14-2090 (JDB) |

### ORDER

Upon consideration of [28] plaintiffs' motion for default judgment, and the entire record herein, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [28] plaintiffs' motion for default judgment is **DENIED**; and it is further

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: March 30, 2018

1